# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10088-STA |
| DAKOTA WAYNE ROBERTS, ) | |
| Defendant. ) | |

## ORDER ON CHANGE OF PLEA
## AND NOTICE OF SETTING

This cause came to be heard on December 12, 2017, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, Dakota Wayne Roberts, appearing in person, and with counsel, Christina Wimbley.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **MONDAY, MARCH 19, 2018 at 9:30 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 12th day of December, 2017.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT